**MEMO ENDORSED**

**PIERRE LAW, P.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/25/2023

| NEW YORK OFFICE: | FLORIDA OFFICE: |
|---|---|
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence* | |

May 22, 2023

Honorable Jennifer E. Willis  
United States Magistrate Judge  
Daniel Patrick Moynihan U.S. Courthouse  
500 Pearl St.  
New York, NY 10007

**Letter Motion:**  
**Extension of Time Request**

**Re: Jonathan Gomez v. Comm'r of SSA  1:23-cv-00989-ALS**

Dear Honorable Judge Willis:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief was due on May 21, 2023.  Due to an influx of CAR filings counsel has encountered several conflicts on the briefing calendar and is unable to complete Plaintiff's brief in a timely manner.  Plaintiff therefore writes to respectfully request that the due date for Plaintiff's Brief be extended sixty (60) days with the revised schedule below.

Plaintiff's brief due:    7/21/23  
Defendant's brief:       9/19/23  
Plaintiff's reply:          10/3/23

No previous request for an extension has been made in this case and the Defendant has given consent.  Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre  
Eddy Pierre Pierre, Esq.  
Attorney for Plaintiff  
(646) 992-8383  
(718) 504-6962 fax

Cc:     Michael Corona, Esq.   (Via ECF)

Attorney for Defendant.

Plaintiff's request is **GRANTED**. The Parties are reminded that, going forward, extension requests should be made at least two days in advance of the deadline.

SO ORDERED

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

5/25/2023