UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
JONATHAN GOMEZ

                              Plaintiff,                        <u>ORDER</u>
                                                               1:23-cv-00989-JGLC-GRJ

   v.

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge is available to conduct all proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment in this District.

     Exercise of jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent. Accordingly, the parties are directed to advise the Court whether they consent to the Magistrate Judge assigned to this case by filing a letter on the docket no later than **December 12, 2023**. If

1

any party has not consented, the parties shall merely report that there has not been consent by all parties.

In the event all parties have consented, counsel shall attach to their letter a signed copy of the consent form, a copy of which is contained on the Court's internet website.  This Order is not intended to interfere with the parties' right to have a trial and/or any other dispositive proceedings before a United States District Judge.  The parties are free to withhold their consent without adverse substantive consequences.  If any party withholds consent, the identity of the parties consenting or withholding consent shall not be communicated to any Magistrate Judge or District Judge to whom the case has been assigned.

**SO ORDERED.**

Dated: November 21, 2023          *s/Gary R. Jones*
                                  GARY R. JONES
                                  United States Magistrate Judge