**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JONATHAN G.,

                Plaintiff,                23 **CIVIL** 0989 (JGLC)(GRJ)

      -against-                            **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 29, 2024, the Court OVERRULES Plaintiff's objections and ADOPTS the R&R. Accordingly, the Court GRANTS the Commissioner judgment on the pleadings and the case is closed.

**Dated:** New York, New York

      March 29, 2024

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court
                        **BY:**

                                                  **Deputy Clerk**